# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Thurman, William T. | **2. Court or Organization**<br><br>U.S. Bankruptcy Court | **3. Date of Report**<br><br>08/06/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>350 South Main Street, Rm 358<br>Salt Lake City, Utah 84101 | | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | Jan. 23, 24 and 25, 2019 | Salt Lake City, Utah | Speak at seminar | meals, tuition waiver |
| 2. | Norton Institute on Bankruptcy Law | March 2, 3 and 4, 2019 | Park City, Utah | Speak at seminar | meals, lodging and tuition waiver |
| 3. | Federal Bar Association of Utah | May 9, 10 and 11, 2019 | St. George, Utah | Speak at seminar | tuition, meals |
| 4. | National Conference of Bankruptcy Judges | October 30-Nov 2, 2019 | Washington, D.C. | Attend Annual Conference and conduct separate Committee Meeting | meals, lodging, travel expense |
| 5. | Federal Bar Association of Utah | July 18, 19, 2019 | Park City, Utah. | Attend Annual Utah State Bar Convention | meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thurman, William T.** | 08/06/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Federal Bar Association of Utah | September 5,6 and 7, 2019 | Sun Valley, Idaho | attend and speak at Tri-State Seminar | meals. lodging, travel expenses |
| 7. | American College of Bankruptcy | March 14, 15 and 16, 2019 | San Diego, California | Attend Annual meeting of Fellows and committee meeting | meals, lodging, travel expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thurman, William T.** | 08/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thurman, William T.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Savings, checking Accnts (H) | | | | | | | | | |
| 2. ---Mountain America Credit Union | A | Interest | J | T | | | | | |
| 3. ---Zions First National Bank checking and savings | E | Interest | L | T | | | | | |
| 4. | | | | | | | | | |
| 5. New England Life (See Part VIII). (H) | | | | | | | | | |
| 6. ---BlackRock Bnd Inc. Prt fund | A | Dividend | J | T | | | | | |
| 7. ---BR Ultra Short Term Bond | A | Dividend | J | T | | | | | |
| 8. ---MetLife Stock Index Fund | A | Dividend | J | T | | | | | |
| 9. ---MFS Value Portfolio Fund | A | Dividend | J | T | | | | | |
| 10. ---L/S Small Cap Fund | A | Dividend | J | T | | | | | |
| 11. ---Baillie Intn'l Stock Fund | A | Dividend | J | T | | | | | |
| 12. ---BH/WellCrEqiOppr fund. See part VIII | A | Dividend | J | T | | | | | |
| 13. ---Jenison Growth Fund | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. 401(K) Broker #1 Account (H) | | | | | | | | | |
| 16. ---American Cenury Retirement 2035 Trust II | B | Dividend | M | T | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Utah Educational Savings Plan, Age Based Gr; My529; see Part VIII | A | Dividend | L | T | | | | | |
| 19. | | | | | | | | | |
| 20.  Broker #2 Account (H) | | | | | | | | | |
| 21.  ---Fidelity Focused Stock Fund | A | Int./Div. | | | Redeemed | 10/25/19 | K | A | |
| 22.  ---Janus Balanced Fund Cl T | A | Int./Div. | K | T | | | | | |
| 23.  ---Fidelity 500 Index Premium Class | A | Int./Div. | K | T | | | | | |
| 24.  ---Fidelity Total Bond Fund | A | Int./Div. | K | T | | | | | |
| 25. | | | | | | | | | |
| 26.  Trustee-Trust 1 (See Part VIII) (H) | | | | | | | | | |
| 27.  -Broker #3 Account (H) | | | | | | | | | |
| 28.  -----Columbus Life Ins. Co Ins Passport SPDA Fixed Annuity IRA | A | Int./Div. | | | Distributed | 05/17/19 | K | A | |
| 29.  ----King Cnty HSP bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 30.  ----Northgate Crossing TX Mun bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 31.  ----Texas St CLLG Student Ln bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 32.  ----Tarrant Cnty Tx Culltural Ed Bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 33.  ----Utah County Ut Hsp Bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 34.  -Broker #4 (H) | | | | | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   ----Tampa Fl Hlth Sys bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 36.   ----Texas Mun Gas Bond | A | Dividend | | | Distributed | 05/17/19 | K | A | |
| 37.   ----Utah State Ownrshp Auth bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 38.   ----Utah St. Mun PWR AGY Bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 39.   ----Prosper Tx Indpt Sch Bldg bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 40.   ----Del Rio Tx Ctf Oblig Bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 41.   ----Ft. Bend Cnty Mud bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 42.   ----Harris Cnty Tx Hlth Facs Dev Bond | A | Dividend | | | Distributed | 05/17/19 | K | A | |
| 43.   ----Brownsville Tx Nav Dist Rev Bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 44.   ----Washington St. HC Fac Rev Catholic Hlth bond | A | Dividend | | | Distributed | 05/17/19 | K | A | |
| 45.   ----TES PPTYS WA Lease Rev Bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 46.   ----First Trust R Bern Glb Div Kings bond | A | Dividend | | | Distributed | 05/17/19 | J | A | |
| 47.   -Chase Bank | A | Interest | | | Distributed | 05/17/19 | L | A | |
| 48.   -Zions First National Bank(X) | A | Interest | J | T | | | | | |
| 49. | | | | | | | | | |
| 50.   Broker #3 (H) | | | | | | | | | |
| 51.   --Utah County Ut Hsp Bond (See Part VIII) | A | Interest | J | T | | | | | |

---

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thurman, William T.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  --First Trust Value Line Div/Index EFT | A | Dividend | J | T | | | | | |
| 53.  --Guggenheim US Low Vol Strat MO CA | A | Dividend | J | T | | | | | |
| 54.  --First Trust MKT Strgth All C Oppty 12 SA CA | A | Dividend | J | T | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Thurman, William T.** | 08/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 5 Part VII.  Sometimes referred to as Brighthouse Financial in recent 2018 correspondence and statements.  The name "New England Life Insurance Company" still appears but along with Brighthouse Financial

Line 18 Part VII.  All of the funds are Age-Based Aggressive Growth (529) Plan. On the My529 Web page, these funds are referred to as Age-Based Aggressive Domestic Growth Funds. Six separate funds are maintained for ████████████████ under the filer's ████████████ names. All ████████████████ funds are the same:  Monthly contributions are made by the filer.

Lines 26-48 Part VII.  Filer was named as the successor trustee to family trust of  a now deceased relative and distributed most of the assets to beneficiaries on the same day.

Line 51 Part VII.  Filer received this asset from the distribution identified on line 33 as part of the administration of the trust identified on line 26.  Filer elected to retain the same broker #3 which administers this asset and others.

| Name of Person Reporting | Date of Report |
|---|---|
| **Thurman, William T.** | 08/06/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William T. Thurman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544